HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST; NORTHWEST SHEET METAL WORKERS WELFARE FUND; NORTHWEST SHEET METAL WORKERS PENSION FUND; NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST; WESTERN WASHINGTON SHEET METAL TRAINING TRUST; NORTHWEST SHEET METAL LABOR MANAGEMENT COOPERATION TRUST; and SHEET METAL WORKERS LOCAL 66,<br><br>Plaintiffs,<br><br>v.<br><br>CRESCENT MECHANICAL, INC., a Washington corporation; GUY HAMILTON, an individual; and NANCY HAMILTON, an individual,<br><br>Defendants. | No.   2:20-cv-00072 RSL<br><br>**STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS CRESCENT MECHANICAL, INC., GUY HAMILTON, and NANCY HAMILTON** |

Plaintiffs and Defendants Crescent Mechanical, Inc., Guy Hamilton, and Nancy Hamilton hereby stipulate and agree that this final judgment in favor of Plaintiffs and against Defendants be and hereby is entered into as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1) This Court has jurisdiction over this matter and the parties thereto, and venue is proper herein.

2) Defendants Crescent Mechanical, Inc., Guy Hamilton, and Nancy Hamilton jointly and severally owe the Plaintiffs a total of $294,887.20, as specified below:

   a) Defendants Crescent Mechanical, Inc., Guy Hamilton, and Nancy Hamilton jointly and severally owe the Plaintiffs a total of $175,082.71 for delinquent contributions due for the months of October 2019 and November 2019;

STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS CRESCENT MECHANICAL, INC., GUY HAMILTON, and NANCY HAMILTON – NO. 2:20-cv-00072   - Page 1

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW
1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

b) Defendants Crescent Mechanical, Inc., Guy Hamilton, and Nancy Hamilton jointly and severally owe the Plaintiffs a total of $40,195.76 in liquidated damages due for the months of October 2019 and November 2019;

c) Defendants Crescent Mechanical, Inc., Guy Hamilton, and Nancy Hamilton jointly and severally owe the Plaintiffs a total of $3,121.39 in interest due on delinquent contributions for the months of October 2019 and November 2019;

d) Defendants Crescent Mechanical, Inc., Guy Hamilton, and Nancy Hamilton jointly and severally owe the Plaintiffs a total of $70,820.34 as damages for breach of the contract; and

e) Defendants Crescent Mechanical, Inc., Guy Hamilton, and Nancy Hamilton jointly and severally owe the Plaintiffs a total of $5,267.00 in attorney fees and $400.00 in costs.

APPROVED AND STIPULATED:

_____
Noah Barish
Attorney for Plaintiffs

_____
Crescent Mechanical, Inc.

_____
Guy Hamilton

_____
Nancy Hamilton

FILED BY:

MCKANNA BISHOP JOFFE, LLP

/s/ Noah Barish
Noah T. Barish, WSBA No. 52077
Telephone: 503-821-0960
Of Attorneys for Plaintiffs

STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS CRESCENT MECHANICAL, INC., GUY HAMILTON, and NANCY HAMILTON – NO. 2:20-cv-00072   - Page 2

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

SO ORDERED this 12th day of March, 2020

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS
CRESCENT MECHANICAL, INC., GUY HAMILTON, and
NANCY HAMILTON – NO. 2:20-cv-00072    - Page 3

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121